# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| GEGEORGE MILLION, ) | |
|    Plaintiff, ) | |
| v. ) | No: 3:22-cv-00453 |
| DAVID RAUSCH, Director of the ) Tennessee Bureau of Investigation, in his ) official capacity, ) | |
|    Defendant. ) | |

## DEFENDANT'S MOTION TO ADMINISTRATIVELY STAY CASE PENDING RULING IN SIXTH CIRCUIT APPEAL IN *DOE #1 v. LEE*, NO. 23-5248 (6TH CIR.)

Defendant respectfully moves the Court to exercise its inherent authority to suspend all pending deadlines, discovery, and other proceedings, and administratively stay this case, until after the Sixth Circuit rules on the merits of a pending appeal that will directly impact this litigation. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Judicial economy and conservation of party resources will be best served by staying this case while the Sixth Circuit resolves an appeal involving the same defendant and similar issues that will control Plaintiff's core legal challenge in this case. Further any minimal risk of prejudice to Plaintiff by staying the case is far lower than the risk of prejudice to Defendant by not staying the case. In support of this motion, Defendant has contemporaneously filed a Memorandum of Law.

Respectfully submitted,

JONATHAN SKRMETTI

1

Case 3:22-cv-00453-TRM-JEM  Document 37  Filed 05/05/23  Page 1 of 2  PageID #: 448

Attorney General and Reporter

*s/Miranda Jones*
MIRANDA JONES (BPR 36070)
LIZ EVAN (37770)
Assistant Attorneys General
Law Enforcement and Special
Prosecutions Division
Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-0417
Fax: (615) 532-4892
miranda.jones@ag.tn.gov
liz.evan@ag.tn.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was by operation of the Court's ECF/PACER system on this the 5th day of May, 2023, upon:

William S. Lockett, Jr.
2816 Rocking Chair Way
Knoxville, Tennessee 37931
(865) 237-1886
soaperlockett@gmail.com
*Counsel for Plaintiff*

   s/ *Miranda Jones*
   MIRANDA JONES