IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GEORGE MILLION, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 3:22-cv-00453 |
| DAVID B. RAUSCH, Director of the Tennessee Bureau of Investigation in his official capacity, | ) ) ) ) ) |
|     Defendant. | ) |

## PLAINTIFF'S WITNESS LIST

COMES NOW the Plaintiff, and does hereby file this list of persons who may testify at the trial of this cause:

1. Any person named and/or identified in Plaintiff's Answers to Defendant's First Set of Interrogatories.

2. Any person named and/or identified in Defendant's list of witnesses who will, or may, testify at the trial of this cause.

                                              Respectfully submitted,

                                              LAW OFFICE OF WILLIAM S. LOCKETT, JR.

                                              <u>William S. Lockett, Jr.</u>
                                              BPR #010257
                                              2816 Rocking Chair Way
                                              Knoxville, TN 37931
                                              (865) 237-1886
                                              soaperlockett@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served via email by consent of counsel upon the following:

Miranda S. Jones
Senior Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL AND REPORTER
P.O. Box 20207
Nashville, TN 37202-0207

On this the 17th day of September, 2023.

s/__William S. Lockett, Jr._____
WILLIAM S. LOCKETT, JR.
